IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE W. WILSON,

        Plaintiff,                    No. CIV S-02-2169 MCE KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.               ORDER

/

        Defendants have requested that the court modify the October 7, 2005 scheduling order. Good cause appearing, IT IS HEREBY ORDERED that the dates established in the October 7, 2004 scheduling order for the filing of pretrial statements, pretrial conference and trial are vacated. Those dates will be re-established after the court rules on defendants' motion for summary judgment.

DATED: May 16, 2005.

                                             UNITED STATES MAGISTRATE JUDGE

1
wils2169.vpts