IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE W. WILSON,

        Plaintiff,                       No. CIV S-02-2169 MCE KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.           ORDER

/

        Good cause appearing, THE COURT HEREBY ORDERS as follows:

        1. Plaintiff shall file his pretrial statement within fifteen days of this order.

        2. Defendant Obedoza shall file his pretrial statement within fifteen days of service of plaintiff's pretrial statement. The court will set dates for trial confirmation hearing and trial in the court's forthcoming pretrial order.

DATED: August 29, 2006.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

1
wils2169.pts