KING HALL CIVIL RIGHTS CLINIC
CARTER WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

Attorneys for Plaintiff Theodore W. Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. WILSON,<br><br>            Plaintiff,<br><br>vs.<br><br>SEGUNDINO O. OBEDOZA, M.D.,<br><br>            Defendant. | No. 2:02-cv-02169-MCE-KJM<br><br>**STIPULATION RESCHEDULING JURY TRIAL; ORDER** |

   The parties stipulate and request the Court to enter an Order resetting the jury trial in this matter from the currently-scheduled date of August 18, 2008.  The jury trial is hereby rescheduled to Monday, October 27, 2008.

   The principal reason for this continuance is that the Plaintiff is represented by the U.C. Davis Civil Rights Clinic, and the Clinic will not be staffed with any law students over the summer months.  New students will be assigned to the case when the fall semester begins in late August, and the new students will require two months' preparation time to prepare for trial.

///

///

///

///

///

1 | IT IS SO STIPULATED.

2

3 | Date: May 12, 2008

   /S/ Carter C. White
   _____
   Carter C. White
4 | Supervising Attorney
   Attorney for Plaintiff

5

6

7 | Date: May 12, 2008

   /S/ C.W. Guess
   _____
   Catherine Woodbridge Guess
8 | Deputy Attorney General
   Attorney for Defendants

9

10

11 | The October 27, 2008 jury trial is vacated and continued to March 30, 2009 at 9:00

12 | a.m. in Courtroom 7.

13 | IT IS SO ORDERED.

14 | Dated: May 16, 2008

15

16 | _____
   MORRISON C. ENGLAND, JR.
17 | UNITED STATES DISTRICT JUDGE