1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THEODORE W. WILSON,

11            Plaintiff,                    No. CIV S-02-2169 MCE KJM P

12       vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,

14
              Defendants.              ORDER
15   _____/

16            Plaintiff is a state prisoner proceeding with a civil rights complaint under 42

17   U.S.C. § 1983.  During the week of October 27, 2008, U.S. Magistrate Judge Nandor Vadas,

18   Northern District of California (cross-designated for settlement to the Eastern District of

19   California), is available for settlement at CSP-Solano.  This case is referred to Magistrate Judge

20   Vadas to conduct a settlement conference.

21            IT IS THEREFORE ORDERED that:

22            1. This case is set for October 29, 2008 at 9:00 a.m. at CSP-Solano, 2200

23   Peabody Road, Vacaville, California.

24            2. The Clerk of the Court is directed to send a copy of the instant order to

25   Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka,

26   California 95501-1038.

                                              1

1          3.  Magistrate Judge Nandor Vadas shall file a report on the docket in this case,

2  within twenty days of settlement conference, indicating the outcome of the settlement

3  proceedings.

4          4.  The parties are directed to provide confidential settlement conference

5  statements to Magistrate Judge Vadas so that they arrive no later than one week prior to the

6  settlement conference.

7          5.  Counsel shall make any arrangements necessary for plaintiff to appear in

8  person at the settlement conference.

9  DATED:  October 10, 2008.

10                                 _____

11                            U.S. MAGISTRATE JUDGE

12 1

  wils2169.set

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2