Carter C. White, CSB #164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

Attorneys for Plaintiff Theodore W. Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. WILSON, | NO. 2:02-cv-2169-MCE-KJM P |
| Plaintiff, | |
| vs. | **STIPULATION VACATING SETTLEMENT CONFERENCE; ORDER** |
| SEGUNDINO O. OBEDOZA, M.D., | |
| Defendant. | |

The Court has scheduled a settlement conference on Wednesday, October 29, 2008, at 9:00 a.m., at the California State Prison - Solano (Doc. 86).  For the reasons stated below, the parties stipulate that a settlement conference is inappropriate at this time and location, and ask this Court to enter an order vacating the settlement conference.

    1.    The parties do not believe a settlement conference would be productive at this time. In the pretrial order, the Court indicated that "[i]f the parties wish to have a settlement conference, they shall inform the court as soon as possible." (Doc. 62, at 7).  The parties have not so informed the Court.  The Court dismissed the plaintiff's state law medical claim, without prejudice to the plaintiff re-filing the claim in state court. (Doc. 54, at 10; Doc. 57, at 2). Plaintiff filed the claim in the Superior Court of California, County of Solano, and the Superior Court granted summary judgment for the defendant.  The matter is currently pending as Case No. A120321, California Court of Appeal, First Appellate District, Division 1.  Until the appeal of the state court matter is resolved, a settlement of this case is unlikely.

2. In the event that the Court nevertheless believes that a settlement conference is appropriate, the parties submit that the conference should not take place at CSP-Solano, because plaintiff is no longer incarcerated in the California Department of Corrections and Rehabilitation. (See Doc. 59, at 2, plaintiff "is an ex-inmate parolee."). Plaintiff has now completed his parole term and is a private citizen living in Long Beach, California. Any settlement conference should be scheduled at the courthouse or other appropriate non-prison setting.

3. Counsel for Plaintiff cannot appear at a settlement conference on the morning of October 29, 2008, due to a scheduling conflict. Counsel is scheduled to supervise a certified law student's oral argument before the Ninth Circuit Court of Appeals in Nos. 07-17322 and 08-15778, Norwood v. Vance. The oral argument is set for 9:30 a.m. at the McGeorge School of Law in Sacramento.

IT IS SO STIPULATED.

Date: October 15, 2008

/S/ Carter C. White
_____
Carter C. White
Supervising Attorney
Attorney for Plaintiff

Date: October 15, 2008

/S/ C. W. Guess
_____
Catherine Woodbridge Guess
Deputy Attorney General
Attorney for Defendant

\* \* \* \*

ORDER

Having considered the stipulation of the parties, the settlement conference in this matter is hereby vacated.

Date: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

2