CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE WOODROW WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>SEGUNDINO OBEDOZA<br><br>    Defendant. | Case No: 2:02-cv-02169-MCE-KJM<br><br>**ORDER FOR PRETRIAL CONFERENCE**<br><br>Trial:  October 27, 2009<br>Time:  9:00 AM<br>Judge:  Hon. Morrison C. England, Jr. |

   This matter is set for a pretrial hearing on Wednesday, October 21, 2009 at 2:00 p.m. in Courtroom 7 to resolve outstanding evidentiary issues.

   IT IS SO ORDERED.

DATED: October 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE