|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED** |
| | February 4, 2011 |
| EASTERN DISTRICT OF CALIFORNIA | CLERK, US DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |
| | DEPUTY CLERK |

### JUDGMENT IN A CIVIL CASE

KEVIN KING

           v.           CASE NUMBER: CIV S-2:06-cv-065 LKK GGH

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

**XX** -- **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried or heard and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED  FEBRUARY 3, 2011.**

                                                Victoria C. Minor,
                                                Clerk of the Court

ENTERED:   February 4, 2011

                                                by: /s/ R. Becknal,
                                                Deputy Clerk